UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE HOFFMAN and
CATHERINE REED,

      Plaintiffs,

                                          Case No. 21-cv-10196

v.                                    Hon. Arthur J. Tarnow
                                        Mag. David R. Grand

NUWELL MEDICAL NETWORK
LLC, *et al.*,

      Defendants.

---

| **FAGAN MCMANUS, P.C.** | **KOTZ SANGSTER WYSOCKI P.C.** |
|---|---|
| Jennifer L. McManus (P65976) | By: Bethany S. Sweeny (P64037) |
| Ryan O. Rosenberg (P84530) | Attorneys for Defendants |
| Attorneys for Plaintiffs | 400 Renaissance Center, Suite 3400 |
| 25892 Woodward Avenue | Detroit, MI 48243 |
| Royal Oak, MI 48067-0910 | (313) 259-8786 |
| (248) 542-6300 | bsweeny@kotzsangster.com |
| jmcmanus@faganlawpc.com | |
| rrosenberg@faganlawpc.com | |

---

## APPEARANCE OF BETHANY S. SWEENY

Please take notice and enter the Appearance of Bethany S. Sweeny of Kotz

Sangster Wysocki P.C. on behalf of the Defendants in the above-captioned

matter.

1

Respectfully submitted,

KOTZ SANGSTER WYSOCKI P.C.

Dated: April 26, 2021

/s/ Bethany S. Sweeny
By:  Bethany S. Sweeny (P64037)
Attorneys for Defendants
400 Renaissance Center, Suite 3400
Detroit, MI 48243
(313) 259-8300
bsweeny@kotzsangster.com

## CERTIFICATE OF SERVICE

Marlene E. DeLorme hereby certifies that on the 26th day of April, 2021, the Appearance of Bethany S. Sweeny and this Certificate of Service were served in accordance with the Court's Electronic Filing Guidelines.  Notice of Electronic Filing of these documents will be sent to all parties by operation of the Court's electronic filing system.

/s/ Marlene E. DeLorme
Marlene E. DeLorme