UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE HOFFMAN and
CATHERINE REED,

     Plaintiffs,

                              Case No. 21-cv-10196

-vs-

                              Hon. Arthur J. Tarnow

NUWELL MEDICAL NETWORK LLC,
EPIC HEALTH SYSTEM OF
MICHIGAN LLC, EXCLUSIVE
PHYSICIANS PLLC, ALI KARIM,
GREG NAMAN, and TED NAMAN,
jointly and severally,

     Defendants.

| | |
|---|---|
| Jennifer L. McManus  (P65976) | Bethany S. Sweeny (P64037) |
| Ryan O. Rosenberg  (P84530) | KOTZ SANGSTER WYSOCKI P.C. |
| FAGAN MCMANUS, P.C. | Attorneys for Defendants |
| Attorneys for Plaintiffs | 400 Renaissance Center, Suite 3400 |
| 25892 Woodward Avenue | Detroit, MI  48243 |
| Royal Oak, MI  48067-0910 | (313) 259-8786 |
| (248) 542-6300 | bsweeney@kotzsangster.com |
| jmcmanus@faganlawpc.com | |
| rrosenberg@faganlawpc.com | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, having stipulated to the entry of an Order dismissing

this case with prejudice and without costs or fees, and the Court being otherwise

fully-advised in the premises;

IT IS HEREBY ORDERED that this matter is **Dismissed with Prejudice** and

without fees or costs as to any Party.

IT IS FURTHER ORDERED that the Court will retain jurisdiction over this matter through February 28, 2022 in order to enforce the terms of the parties' settlement.

s/Arthur J. Tarnow
ARTHUR J. TARNOW
United States District Court Judge

Entered: November 9, 2021

The parties, through their respective counsel, hereby stipulate to the entry of the above Order.

STIPULATED AND AGREED:

**FAGAN MCMANUS, P.C. P.C.**

**KOTZ SANGSTER WYSOCKI**

/s/ Jennifer L. McManus (w/consent)
**By:  Jennifer L. McManus (P65976)**
Attorney for Plaintiffs

/s/ Bethany S. Sweeny
**By:  Bethany S. Sweeny (P64037)**
Attorney for Defendants

Dated: November 4, 2021

Dated: November 4, 2021